** CORPORATION — FOREIGN CORPORATION — REGULATION ** 79 O.S. 32 [79-32] IS NOT UNCONSTITUTIONAL PER SE. TITLE 79 O.S. 31 [79-31] (1971) DOES NOT VIOLATE EQUAL PROTECTION OF THE UNITED STATES CONSTITUTION NOR DOES 79 O.S. 31 [79-31] (1971) DENY DUE PROCESS OF THE LAWS PURSUANT TO THE CONSTITUTION OF THE UNITED STATES OR THE CONSTITUTION OF THE STATE OF OKLAHOMA. (RESTRAINT OF TRADE, MONOPOLY) CITE: ARTICLE II, SECTION 7 (STEPHEN F. SHANBOUR)